FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 22 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HI-TECH PHARMACEUTICALS, INC.,

Plaintiff

v.

BRAND NEW ENERGY, INC.
DARREN HOUSEHOLDER

Defendants

CIVIL ACTION NO.
1:08-CV-0588-RWS

## ORDER

As of this date, this action has been pending for more than six months without any substantial proceedings of record, having been taken, IT IS THEREFORE

ORDERED that the above complaint is hereby DISMISSED without prejudice, pursuant to LR 41.3(A)(3).

SO ORDERED, this 22nd day of September, 2010.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE